IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOSEPH WEIDA,                               §
*Plaintiff*                                 §
                                            §
                                            §
v.                                          §        CIVIL NO. 5:21-cv-1038-FB-HJB
                                            §
STAN KOCH & SONS TRUCKING,                  §
INC. and BRAD TATE,                         §
*Defendants*                                §
                                            §

**PLAINTIFF'S NOTICE OF FILING AFFIDAVITS OF
MEDICAL AND BILLING RECORDS**

TO THE HONERABLE JUDGE OF SAID COURT:

Pursuant to the Texas Civil Practice and Remedies Code and the Federal Rules of Civil

Procedure Plaintiff, **JOSEPH WEIDA,** respectfully files and gives notice to the Court,

Defendants and their counsel of record that the following Affidavits of Medical & Patient Billing

Account Records have been filed with the Clerk of the Court in which this cause is pending.

**EXHIBIT "A"**      Rosemary Ferrer, Custodian of Billing Records
                     **Santa Rosa Westover Hills**
                     11212 State Hwy 151
                     San Antonio, TX. 78251
                     **(Weida 000475)**

**EXHIBIT "A1"**     Guadalupe Santana, Custodian of Medical Records
                     **Santa Rosa Westover Hills**
                     11212 State Hwy 151
                     San Antonio, TX. 78251
                     **(Weida 000480)**

**EXHIBIT "B"**      Olivia Sieloff, Custodian of Billing Records
                     **Jackson Orthopedic**
                     155 E. Sonterra Blvd., Ste. 111
                     San Antonio, Texas 78258
                     **(Weida 000058)**

**EXHIBIT "B1"**    Olivia Sieloff, Custodian of Medical Records
**Jackson Orthopedic**
155 E. Sonterra Blvd., Ste. 111
San Antonio, Texas 78258
**(Weida 000061)**

**EXHIBIT "B2"**    Olivia Sieloff, Custodian of Radiology Records
**Jackson Orthopedic**
155 E. Sonterra Blvd., Ste. 111
San Antonio, Texas 78258
**(Weida 000120-000121)**

**EXHIBIT "C"**    Kristien Hatchett, Custodian of Billing Records
**Lotus Spine & Pain**
2128 Babcock Rd., Bldg. 1
San Antonio, Texas 78229-4459
**(Weida 000010)**

**EXHIBIT "C1"**    Kristien Hatchett, Custodian of Medical Records
**Lotus Spine & Pain**
2128 Babcock Rd., Bldg. 1
San Antonio, Texas 78229-4459
**(Weida 000012)**

**EXHIBIT "D"**    Sylvia Thornton, Custodian of Billing Records
**American Health Imaging**
818 Lexington Ave.
San Antonio, TX 78212
**(Weida 000122)**

**EXHIBIT "D1"**    Sylvia Thornton, Custodian of Medical Records
**American Health Imaging**
818 Lexington Ave.
San Antonio, TX 78212
**(Weida 000127)**

**EXHIBIT "D2"**    Sylvia Thornton, Custodian of Radiology Records
**American Health Imaging**
818 Lexington Ave.
San Antonio, TX 78212
**(Weida 000125-000126)**

**EXHIBIT "E"**    Donna Gentry, Custodian of Billing Records
**Hongbo Liu, MD, PA**
325 E Sonterra Blvd, Suite 110
San Antonio, Texas 78258
**(Weida 000143)**

**EXHIBIT "E1"**　　Donna Gentry, Custodian of Medical Records
**Hongbo Liu, MD, PA**
325 E Sonterra Blvd, Suite 110
San Antonio, Texas 78258
**(Weida 000145**)

**EXHIBIT "F"**　　Ashley Saldana, Custodian of Billing Records
**Spine & Joint Pain Specialists**
1919 Rogers Road Suite 104
San Antonio, TX 78251
**(Weida 000324)**

**EXHIBIT "F1"**　　Ashley Saldana, Custodian of Medical Records
**Spine & Joint Pain Specialists**
1919 Rogers Road Suite 104
San Antonio, TX 78251
**(Weida 000326)**

**EXHIBIT "G"**　　Donnell Washington, Custodian of Billing Records
**Comfort Surgery Center of San Antonio**
1919 Rogers Rd Ste 102
San Antonio, Texas 78251
**(Weida 000404)**

**EXHIBIT "G1"**　　Donnell Washington, Custodian of Medical Records
**Comfort Surgery Center of San Antonio**
1919 Rogers Rd Ste 102
San Antonio, Texas 78251
**(Weida 000406)**

**EXHIBIT "H"**　　lesha N. Ferguson, Custodian of Billing Records
**Momentum Physical Therapy**
11219 Potranco Rd., Bldg. A #110
San Antonio, Texas 78253
**(Weida 000741**)

**EXHIBIT "H1"**　　lesha N. Ferguson, Custodian of Medical Records
**Momentum Physical Therapy**
11219 Potranco Rd., Bldg. A #110
San Antonio, Texas 78253
**(Weida 000748)**

3

**EXHIBIT "I"**   Jose Trevino III, Custodian of Billing Records
         **San Antonio Fire / EMS**
         315 S. Santa Rosa
         San Antonio, TX  78207
         **(Weida 000847)**

**EXHIBIT "I1"**   Jose Trevino III, Custodian of Medical Records
         **San Antonio Fire / EMS**
         315 S. Santa Rosa
         San Antonio, TX  78207
         **(Weida 000849)**

These records will be offered into evidence on the trial in this cause pursuant to Tex. Civ.

Prac. & Rem. Code 18.001 and Fed. R. Civ. P. 803(6).

Respectfully submitted,

**LAW OFFICES OF THOMAS J. HENRY, PLLC**
5711 University Heights Blvd., Suite 101
San Antonio, TX 78249
Phone: (210) 656-1000
Fax: (361) 985-0601

By: _____
Dennis J. Bentley
State Bar No. 24079654
Federal Bar No. 2202343
5711 University Heights Blvd. Suite 101
San Antonio, Texas 78249
Telephone: (210)656-1000
Facsimile: (888)956-8001
e-mail: dbentley-svc@thomasjhenrylaw.com
*Service by email to this address only
***Attorney-in-Charge for Plaintiff***

4

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and forgoing instrument was duly served upon the following in accordance with the Federal Rules of Civil Procedure on this the 28th day of November, 2022.

*Via E-Service:*
Clinton V. Cox, IV
ccox@coxpllc.com
Jas S. Braich
jbraich@coxpllc.com
Laura Shelton
lshelton@coxpllc.com
**Cox P.L.L.C.**
8144 Walnut Hill Lane, Suite 1090
Dallas, Texas 75231
Tel. 214-444-7050
Fax 469-340-1884
**ATTORNEYS FOR DEFENDANTS**

_____
Dennis J. Bentley